PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; and THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTCO, INC., an Idaho corporation; DENNIS HEEB; and JOHN DOES 1-10,<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT** |

Plaintiffs allege as follows for their Complaint against defendants.

## **NATURE OF ACTION**

1.  This is an action for breach of contract, declaratory judgment and injunctive relief. Plaintiffs seek to enforce certain defense, indemnity and hold harmless obligations contained in a Confidential Settlement Agreement and Release effective March 29, 2012 (the "Settlement Agreement") by and on behalf of the parties herein.

COMPLAINT - 1

## JURISDICTION AND VENUE

2. This Court has original diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332. The rights at issue in this action exceed the jurisdictional amount of $75,000, exclusive of interests and costs, and this action is between citizens of different states.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391. Westco is an Idaho corporation, the Settlement Agreement is governed by the laws of the State of Idaho, and all defendants are either located in Idaho or have conducted business in Idaho.

4. This Court has the authority to determine the parties' respective rights and other legal obligations pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201. The dispute between the parties creates a justiciable controversy.

## PARTIES

### Plaintiffs

5. Plaintiff The Travelers Indemnity Company ("TIC") is a Connecticut corporation authorized to do business in Idaho. Plaintiff The Travelers Indemnity Company of America ("TIA") is a Connecticut corporation authorized to do business in Idaho. Plaintiff The Charter Oak Fire Insurance Company ("COF") is a Connecticut corporation authorized to do business in Idaho. TIC, TIA and COF previously issued certain insurance policies to Westco (the "Insurance Policies"), and previously filed a lawsuit in this court against Westco regarding potential insurance coverage thereunder, Case No. 2:10-CV-215-EJL (the "Prior Lawsuit"). TIC, TIA and COF shall collectively be referred to herein as "Plaintiffs."

### Defendants

6. On information and belief, Westco is and was at all material times an Idaho corporation with a principal place of business in the State of Idaho.

COMPLAINT- 2

7. Defendant Dennis Heeb ("Heeb") was at all materials times Chairman and an officer of Westco and, on information and belief, a resident of Idaho. Heeb signed the Settlement Agreement obligating Westco, himself, and other officers of Westco (among others) to perform certain obligations under the Settlement Agreement – which obligations are the subject of this action.

8. Defendants John Does 1-10 were officers of Westco at the time the Settlement Agreement was executed by Heeb on behalf of Westco and its officers (among others). An amended complaint may be filed to specifically name such Westco officers as defendants to this lawsuit when their identities are discovered.

## SETTLEMENT AGREEMENT

9. The Settlement Agreement was entered into to, among other things, resolve the Prior Lawsuit and all claims by Westco under all Insurance Policies. The Settlement Agreement requires Westco and its officers (among others) to defend, indemnify, protect and hold TIC, TIA and COF harmless from any claims by any person arising out or relating to the Insurance Policies or any claim released under the Settlement Agreement. Defendants are also obligated under the Settlement Agreement to use all reasonable efforts to substitute Westco as the real party in interest in any such claim against TIC, TIA and/or COF.

## UNDERLYING LAWSUIT

10. In or around January 2015, Trinity Universal Insurance Company of Kansas ("Trinity") filed a lawsuit in the Superior Court of Washington, County of King, Case No. 15-2-27391-4 SEA (the "Underlying Lawsuit") against TIC, TIA, COF and others. A copy of the complaint filed in the Underlying Lawsuit is attached hereto as Exhibit "A."

COMPLAINT- 3

11. Trinity alleges in the Underlying Lawsuit that "Trinity has paid, and will continue to pay, more than its equitable share of the expenses related to defending Westco" in claims brought by Paccar, Inc. against Westco based on alleged environmental contamination. Trinity further alleges that TIC, TIA and COF have each "paid less than its share of the expenses relating to the defense of Westco from the Paccar claims." The relief that Trinity seeks against TIC, TIA and COF (and other defendants) in the Underlying Lawsuit includes: (a) "a declaration that the defendants have an obligation to contribute to the expenses of defending, and potentially indemnifying, Westco for the Paccar claim[,]" (b) a money judgment "for the amount of defense expenses already incurred by Trinity, to the extent they exceed the portion of those expenses equitably allocated to Trinity[,]" and (c) "interest and attorney fees as the law may allow."

12. Pursuant to the terms of the Settlement Agreement, plaintiffs provided notice to the defendants of the Underlying Lawsuit, and demanded that defendants comply with their obligations under the Settlement Agreement to defend, indemnify, protect and hold TIC, TIA and COF harmless from, against, and with respect to Trinity's claims in the Underlying Lawsuit. Defendants have failed and refused to defend TIC, TIA and COF, or to otherwise comply with their obligations under the Settlement Agreement.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract)

13. Plaintiffs reallege and incorporate paragraphs 1 through 12 as if fully set forth herein.

14. Defendants are obligated under the Settlement Agreement to defend, indemnify, protect and hold plaintiffs harmless against all claims asserted by Trinity in the Underlying Lawsuit. Defendants, and each of them, have breached the Settlement Agreement and their obligations thereunder by failing to defend plaintiffs in the Underlying Lawsuit.

COMPLAINT- 4

15. As a result of defendants' breach of the Settlement Agreement, plaintiffs have and will suffer damages in an amount to be proven at trial, but currently estimated to be not less than $100,000. Plaintiffs are entitled to recover from defendants, and each of them, all such damages, with interest at the rate provided in Idaho Code § 28-22-104.

## SECOND CLAIM FOR RELIEF

### (Declaratory Relief)

16. Plaintiffs reallege and incorporate paragraphs 1 through 12 as if full set forth herein.

17. There is an actual controversy between plaintiffs and defendants regarding defendants' obligation under the Settlement Agreement.

18. Plaintiffs request a judicial determination of the rights of the parties under the Settlement Agreement. Specifically, plaintiffs request that the Court issue an order and judgment declaring that defendants, and each of them, are obligated to defend plaintiffs in the Underlying Lawsuit and to indemnify, protect and hold plaintiffs harmless from the claims asserted by Trinity in the Underlying Lawsuit.

19. The Court has the power to adjudicate the rights of the parties with respect to these controversies and should grant the declaratory judgment prayed for herein.

## THIRD CLAIM FOR RELIEF

### (Injunctive Relief)

20. Plaintiffs reallege the allegations of paragraphs 1 through 12 and 17 through 19 as if fully set forth herein.

21. Defendants have breached the Settlement Agreement by, among other things, failing to use all reasonable efforts to have Westco substituted for TIC, TIA and COF as the real party in interest in the Underlying Lawsuit, and to otherwise defend TIC, TIA and COF therein.

COMPLAINT- 5

22. Plaintiffs have and will continue to suffer immediate and irreparable injury by virtue of defendants' failure to use all reasonable efforts to substitute Westco as real party in interest, and to otherwise defend plaintiffs, in the Underlying Lawsuit.  Plaintiffs have no adequate remedy at law.

23. Plaintiffs request an order compelling defendants to undertake all reasonable efforts to have Westco substituted for TIC, TIA and COF in the Underlying Lawsuit, and further requiring that defendants otherwise defend TIC, TIA and COF in the Underlying Lawsuit.

WHEREFORE, plaintiffs pray for relief as follows:

A.  On their First Claim for Relief, for a money judgment against defendants in an amount to be proven at trial but currently estimated to be not less than $100,000.00, plus prejudgment interest as provided in Idaho Code § 28-22-104.

B.  On their Second Claim for Relief, for a judicial declaration that defendants, and each of them, are obligated to defend plaintiffs in the Underlying Lawsuit and to indemnify, protect and hold plaintiffs harmless from the claims asserted by Trinity against plaintiffs in the Underlying Lawsuit.

C.  On their Third Claim for Relief, for an order requiring defendants to undertake all reasonable efforts to have Westco substituted for TIC, TIA and COF in the Underlying Lawsuit, and further requiring that defendants otherwise defend TIC, TIA and COF in the Underlying Lawsuit.

D.  On all claims for relief, for a judgment awarding plaintiffs such fees, costs and disbursements as are recoverable by law, and for such other and further relief as the Court may deem just and appropriate.

COMPLAINT- 6

DATED this __12th__ day of September, 2016.

LAKE CITY LAW GROUP

By:_____

Peter C. Erbland
Attorneys for Plaintiffs


W:\CDADOCS\03602\00002\PLEAD\C230826.DOC

**COMPLAINT- 7**