UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; and THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCO, INC., an Idaho corporation; DENNIS HEEB; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-00410-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss filed with the Court in the above-entitled matter by and between the above-named plaintiff, THE TRAVELERS INDEMNITY COMPANY, et al., and the defendants, WESTCO, INC., and DENNIS HEEB, et al.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled matter be, and the same is hereby, **DISMISSED** with prejudice, without fees or costs to any party, upon the grounds that the matter has been fully settled as to all claims against the above-named defendants.

The Clerk of Court is directed to close this case.

**ORDER OF DISMISSAL WITH PREJUDICE - 1**



DATED: May 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITH PREJUDICE - 2**