UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation; and THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WESTCO, INC., an Idaho corporation; DENNIS HEEB; and JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00410-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: May 30, 2017

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1